UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID STEVENS,

        Petitioner,

v.                                        Case No.: 3:25-cv-76-MMH-MCR
                                                3:19-cr-191-MMH-MCR

UNITED STATES OF AMERICA,

        Respondent.
_____/

## ORDER

In light of Petitioner David Stevens's Notice of Withdrawal (Civ. Doc. 4), it is **ORDERED**:

1. Stevens's Motion to Stay Imposition of Sentence and Vacate, Set Aside, or Correct a Sentence Under 28 U.S.C. § 2255 (Civ. Doc. 1) and this case are **DISMISSED without prejudice**.

2. The **Clerk** shall close this case and terminate the related pending Motion to Stay Imposition of Sentence and Vacate, Set Aside, or Correct a Sentence Under 28 U.S.C. § 2255 (Crim. Doc. 963) in Stevens's criminal case.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of May, 2025.

MARCIA MORALES HOWARD
United States District Judge

Jax-9 5/27
c:
Counsel of record